

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Edward Cox and Theresa Cox, Appellants

No. 06-21-00015-CV      v.

Premier Land Liquidators, LLC, and Cedar Creek Preservation, LLC, Appellees

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV44453). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Edward Cox and Theresa Cox, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 7, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk